■ COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. In the Matter of DELON S., a Child Alleged to be Abused. STEPHANIE S., Appellant; RANDY S., Respondent. —Order, Family Court, Bronx County (Marjorie Fields, J.), entered April 20, 1988, which found that Delon S. was a child neglected by respondent-appellant mother, and which placed him in the custody of petitioner-respondent father, unanimously modified, on the law, to the extent of vacating the dispositional aspects thereof, and otherwise affirmed, without costs; and the

Order, Family Court, Bronx County (Marjorie Fields, J.), entered April 20, 1988, which modified a judgment of the Supreme Court, Bronx County, to the extent of awarding custody of Delon S. to petitioner-respondent father, unanimously reversed, on the law, and the matter remanded for a dispositional hearing, without costs.

Pursuant to a fact-finding hearing held on April 20, 1988, the Family Court Judge found that Stephanie S. had neglected her 10-year-old son, Delon S., through the infliction of excessive corporal punishment. The court then awarded custody of Delon to his father, Randy S., with a provision for visitation by the mother, and the directive that she undergo parenting skills training.

As conceded by petitioner-respondent Commissioner of Social Services, as well as by the Law Guardian for Delon, the Family Court erred in failing to hold a dispositional hearing after its finding of neglect. Such a hearing is mandated under section 1052 of the Family Court Act, and serves the impor-

tant function of providing the court with up-to-date examinations and investigations, which will enable the court to fashion its disposition order in accordance with current family conditions. *(Matter of Marsha B. F.,* 110 AD2d 549.) Concur—Kupferman, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.